IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI ALLAIN,<br>    Plaintiff,<br><br>v.<br><br>MARK D. MILLER, individually; and<br>MARK MILLER CUSTOM BUILDER<br>ENTERPRISES LLC,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-03131 |

# O R D E R

**AND NOW**, this 4th day of October, 2023, upon consideration of Plaintiff's Motion to Enter Default Judgment (ECF No. 15), Plaintiff's Supplemental Briefing (ECF Nos. 33, 39), and the evidence presented at a hearing on April 20, 2023, based on the findings of fact and conclusions of law in the attached Memorandum, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of Plaintiff, Lori Allain, and **AGAINST** Defendants, Mark D. Miller, individually, and Mark Miller Custom Builder Enterprises LLC, jointly and severally, in the total amount of **$490,319.14,** consisting of: (1) $35,010.38 in lost wages; (2) $200,000 for pain and suffering; (3) $200,000 in punitive damages; (4) $54,176.00 in attorney's fees; and (5) $1,132.76 in costs. The Court further awards post-judgment interest at the rate of 5.33% pursuant to 28 U.S.C. §1961. **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.