IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lori Allain

vs.

Mark Miller

CIVIL/CRIMINAL ACTION NO. 2:22cv03131 KBH

REC'D AUG 9 2024

## MOTION

Please Set aside, vacate default of Judgement As I was never served in Person nor aware of this issue.

I was not living at 1657 Bluebird Drive from July 2023 thru Aug 2024

Under the US Constitution Admendments 6 + 7 + 8 this 400,000.- frivilous civil action lawsuit I'm entitled to a trial And plead Not Guilty

PRINTED NAME: Mark Miller
ADDRESSS: 1657 Bluebird Drive

SIGNATURE: [signed]
DATE: 8/9/24

03/2019

The Plantiff suffers from a mental illness. She claims she speaking to the Devil + Dead People. She attacked her husband by biting him in the Face. + was arrested. That's why she was let go from Miller Custom Builders - Outside Sales person with a W9 Form

I was injured July 23rd 2023 + again in November 20th 2023 so I was staying with Georgette Escardille because I couldn't walk.

I - Georgette Escardille lives in Conshohocken White at 1657 Bluebird Drive the electric was turned off along w/ phone + internet Mark did not receive any mail or phone calls reguarding this issue. Until we went back to 1657 Bluebird Drive in August 8th of 2024. Please vacate + put aside so I can clear my name of the accusations made by plantiff.

Witnesses on my behalf.

Mark Miller Jr.
Roman Fitzpatrick
Joann Shultz
Brian Havacheck
Michele Toby
Georgette Escardille
Bill Shargo
Robert LaHain